IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DAVID L. McGLOTHLIN                                                                              PLAINTIFF

V.                              NO: 4:17-CV-00530 JLH/PSH

GARY STEWART, *et al.*                                                                          DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that any claim asserted by McGlothlin regarding his access to courts is dismissed without prejudice.

DATED this 23rd day of October, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE