IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DAVID L. McGLOTHLIN                                                      PLAINTIFF

v.                      NO: 4:17-CV-00530 JLH/PSH

GARY STEWART, *et al.*                                       DEFENDANTS

## **JUDGMENT**

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice.

Dated this 13th day of July, 2018.

                                                           _____
                                                           J. LEON HOLMES
                                                           UNITED STATES DISTRICT JUDGE